**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JORGE DELORES CRUZ<br><br>　　　　　　　Defendant. | CR NO: 1:23-CR-00115-ADA-BAM |

**FILED**
Jun 14, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum　　　　☐ Ad Testificandum

Name of Detainee: Jorge Delores Cruz
Detained at: Fresno County Jail
Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
　　　　　　　　　charging detainee with: 18 U.S.C. 2119 – Carjacking
　　or　　b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings
　　or　　b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary June 16, 2023, at 2PM in the Eastern District of California.*

Signature: /s/ Antonio J. Pataca
Printed Name & Phone No: ANTONIO J. PATACA
Attorney of Record for: United States of America

**WRIT OF HABEAS CORPUS**
☒ Ad Prosequendum　　　　☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **June 16, 2023 at 2PM**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Jun 14, 2023**

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | ☒Male ☐Female | |
| Booking or CDC #: | 2320113 | DOB: | |
| Facility Address: | Fresno County Jail | Race: | Hispanic |
| Facility Phone: | | FBI#: | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on: _____

(signature)