HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JORGE DELORES CRUZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JORGE DELORES CRUZ,<br><br>  Defendant. | CASE NO.  1:23-CR-00115-DAD-BAM<br><br>**STIPULATION REGARDING MODIFICATION OF CONDITIONS OF RELEASE** |

     Plaintiff United States of America, by and through its counsel of record, and defendant Jorge Delores Cruz, by and through defendant's counsel of record, hereby stipulate that the defendant's conditions of release may be modified to remove the Home Detention condition of the Location Monitoring program component and to add a curfew condition requiring Mr. Delores Cruz to remain at his residence between the hours of 9:00 p.m. and 4:30 a.m.  Dkt. # 250, at 2 (condition (q)).

     On June 5, 2024, Mr. Delores Cruz was granted pretrial release on conditions including home detention.  *See* Dkt. #s 247, 249-50.  Over the last three months, Mr. Delores Cruz has been in full compliance with all of the conditions of his release, including the home detention requirement.  He has also been participating in the Better Choices Court program.  As such, Mr. Delores Cruz's supervising Pretrial Services Officer, Frank Guerrero, recommended the proposed modification.

/ / /

In light of the above, the parties request that the home detention condition be eliminated and replaced with the aforementioned curfew requirement. All other previously ordered conditions remain in full force and effect.

Respectfully Submitted,

DATED: August 27, 2024

*/s/ Christina M. Corcoran*
CHRISTINA M. CORCORAN
Counsel for Jorge Delores Cruz

DATED: August 27, 2024

*/s/ Antonio J. Pataca*
ANTONIO J. PATACA
Assistant United States Attorney

IT IS SO ORDERED.

Dated:   **August 27, 2024**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2