HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JORGE DELORES CRUZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE DELORES CRUZ,<br><br>Defendant. | CASE NO.  1:23-CR-00115-DAD-BAM<br><br>**STIPULATION REGARDING MODIFICATION OF CONDITIONS OF RELEASE; ORDER** |

    Plaintiff United States of America, by and through its counsel of record, and defendant Jorge Delores Cruz, by and through defendant's counsel of record, hereby stipulate that the defendant's conditions of release may be modified to remove the Location Monitoring program condition.  Dkt. # 250, at 2 (condition (q)), Dkt. # 270 (as modified on August 27, 2024).

    On June 5, 2024, Mr. Delores Cruz was granted pretrial release on conditions including location monitoring.  *See* Dkt. #s 247, 249-50.  Over the last six months, Mr. Delores Cruz has been in compliance with all of the conditions of his release.  Most recently, Mr. Delores Cruz was accepted to the Electrical Workers Union, which may sometimes require him to travel to jobs involving overnight stays.  Mr. Delores Cruz's supervising Pretrial Services Officer, Frank Guerrero, fully supports the proposed modification in light of Mr. Delores Cruz's track record of compliance and cooperation.

    In light of the above, the parties request that the location monitoring condition and associated

curfew requirement be eliminated.  All other previously ordered conditions remain in full force and effect.

Respectfully Submitted,

DATED:  December 10, 2024                    /s/ Christina M. Corcoran
                                              CHRISTINA M. CORCORAN
                                              Counsel for Jorge Delores Cruz


DATED:  December 10, 2024                    /s/ Antonio J. Pataca
                                              ANTONIO J. PATACA
                                              Assistant United States Attorney

## **ORDER**

The Court hereby modifies the Order Setting Conditions of Pretrial Release for Jorge Delores Cruz [Dkt. # 250] to remove the Location Monitoring program, condition (q).  All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated:   **December 11, 2024**

STANLEY A. BOONE
United States Magistrate Judge

2