ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00115-DAD-EPG |
|---|---|
| Plaintiff, | STIPULATION VACATNG STATUS CONFERENCE AND SETTING CHANGE OF PLEA HEARING; ORDER |
| v. | |
| JORGE DELORES CRUZ, | |
| Defendant. | |

**STIPULATION**

1.    By previous order, this matter was set for trial on August 17, 2026.

2.    By this stipulation, defendant now moves to vacate the trial as to him only and set a change of plea hearing on June 15, 2026.

3.    No exclusion of time is required as time was previously excluded up to and including August 17, 2026.

IT IS SO STIPULATED.

Dated: May 11, 2026                                ERIC GRANT
                                                             United States Attorney


                                                             /s/ ANTONIO J. PATACA
                                                             ANTONIO J. PATACA
                                                             Assistant United States Attorney

STIPULATION VACATING STATUS
CONFERENCE AND SETTING CHANGE OF PLEA

1

Dated:  May 11, 2026

/s/ CHRISTINA CORCORAN
CHRISTINA CORCORAN
Counsel for Defendant
Jorge Delores Cruz

STIPULATION VACATING STATUS
CONFERENCE AND SETTING CHANGE OF PLEA

2

**ORDER**

IT IS SO ORDERED that the jury trial set for September 15, 2026 and trial confirmation set for August 17, 2026 are vacated. A change of plea hearing is set for **June 15, 2026, at 10:00 a.m. in Courtroom 5 before the District Court Dale A. Drozd.**

IT IS SO ORDERED.

Dated:   **May 12, 2026**                    /s/ *Erica P. Grosjean*

                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION VACATING STATUS
CONFERENCE AND SETTING CHANGE OF PLEA

3